*- 1 -*

1  Your Name:   Kevin Jerome Harris Jr.

2  Address:   45503 misty bluff Dr., Charlotte, NC, 28278

3  Phone Number:   908-800-4105

4  Fax Number:

5  E-mail Address:   Kharris1994@gmail.com

6  Pro Se Plaintiff

**FILED**

**DEC 07 2021**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA        **JSC**

10                                        **CV 21 9445**

11  Kevin Jerome Harris Jr.        Case Number   *[leave blank]*

12

13                Plaintiff,        **COMPLAINT**

14       vs.

15  Door Dash

16                                   DEMAND FOR JURY TRIAL

17                                   Yes ☐  No ☐

18

19                Defendant.

20

21                         **PARTIES**

22    1.  Plaintiff. *[Write your name, address, and phone number. Add a page for additional plaintiffs.]*

23  Name:   Kevin Jerome Harris Jr.

24  Address:   45503 Misty Bluff dr, Charlotte, North Carolina, 28278

25  Telephone:   (908-800-4105)

26

27

28

COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

2.  Defendants.  [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:      Door Dash

Address:   901 Market St, San Francisco, CA 94103

Telephone: ( 650 - 681 - 9470 )


Defendant 2:

Name:      _____

Address:   _____

Telephone: _____


Defendant 3:

Name:      _____

Address:   _____

Telephone: _____


### JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

☐ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.


☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.


COMPLAINT

PAGE ___ OF ___  *[JDC TEMPLATE – Rev. 05/2017]*

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.*]

4.　　Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka.  First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.　　Because this lawsuit arose in _Chittenden_ County, it should be assigned to the _San Francisco/Oakland_ Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case.  Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

I am owed workers compensation, denied the minimum earning requirement of minimum wage. As refused to honor the expense of mileage, vehicle entropy and the ever growing price of Gasoline. Rigging earnings in certain states, choosing to pay specifically "lower wages" to "lower income areas". Refusing to

COMPLAINT

PAGE ___ OF ___　[*JDC TEMPLATE – Rev. 05/2017*]

1    . "pay "hazard pay" for Driving and lifting over
2    "45 pounds. Forcing the driver/dasher to pay taxes without
3    honoring the Fair Labor Standards Act of 1938 29 U.S.C. § 203
4    Preformed over "1500" deliveries owed a exponentionally
5    cumulative amount of lost time and wages that resulted
6    . in the loss of my home, two vehicles and
7    could not attend my granfathers funeral, and unable
8    to recover from my uncle's death, both past away this
9    year in 2021.
10   Sometimes paid as little as $2.50/hr without
11   . counting mileage, physical labor, hazard pay, and the
12   price of Gasoline, a slippery slope in a pattern in which
13   is hemorrhaging natural resources as well as the hemorrhaging
14   of my life and liberty.
15   Theft of wages (wage theft), refusing to accept
16   . existential evidence when escalating to managerial/
17   supervisory members of the company and using glitches in their
18   system to justify human error.
19   States worked and gained testimony from: Vermont,
20   Maine, New Jersey, Connecticut, Iowa, Nebraska, North Carolina, South
21   . Carolina, Washington-State, Oregon, California, Georgia,
22   Massachesurts.
23   Proposition 22 passed in November of 2020
24   regulations have proved that there is a labor
25   disparity in California for gig workers in other states
26   //
27   //
28

**CLAIMS**

**First Claim**

*(Name the law or right violated:* The Fair Labor Act of 1938 29 U.S.C § 203 *)*

*(Name the defendants who violated it:* Door Dash Inc. *)*

*[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]*

___. Refused the right to earning atleast the minimum wage when working that must be paid, and mandates when overtime must be paid, in a multitude of states. This all occurred from "November 2020 - November 2021". Denied the right to Fair Labor in Vermont, Maine, New Jersey, Connecticut, Iowa, Nebraska, North Carolina, South Carolina, Washington-State, Oregon, California, Georgia and Massachesuts,

___. My vehicle a 2015 Hyundai Genesis's coupe blew a gasket and I was never able to recover the price of repairs. This was following my Uncle's funeral, I and my family were severely ___. affected by not receiving what was owed. From there I continued to have to borrow, Lost my Home and was forced to sleep in my vehicle for 4 months. I bought/purchased a newer more ___. fuel efficient vehicle a Toyota Prius and after a multitude of deliveries this vehicle broke down as well and Even though It was well maintained, without my earnings that I am rightfully owed I was never able to recover. My Grandfather, an army veteran past away as well this year, He was murdered and my family has been very shaken up. I was never able to afford any therapy/therapeutical medicine and I have been running a constant cycle of **suffering** from work induced poverty to the point where I could not make it to my grandfather's funeral

COMPLAINT

PAGE ___ OF ___   *[JDC TEMPLATE – 05/17]*

1

<u>Second</u> **Claim**

2

(*Name the law or right violated*): The False Claims Act   FCA 31 USC 3729 )
3733

3

(*Name the defendants who violated it*): DoorDash Inc. )

4    . On top of everything suffered in the

5 first claim one week after recieving this civil

6 cover sheet DoorDash claimed that were falsely

7 marked as complete. This is also in spite of

8    a 4.82 out of 5 customer service rating

9 with over 1500 deliveries. Every order that could

10 not be completed was "contacted by a dasher

11 support member" who I notified through phone

12    service or dasher text support, which is

13 "DoorDash Inc."s way that they coach and instruct

14 their employees to deal with things like technical

15 errors with the application, addresses that are incorrect

16    both store and customer addresses, undeliverable

17 orders, payment issues etc. I spoke to a representative

18 on why the account was deactivated with a 4.82

19 rating and 1500 satisfactory deliveries they could not

20    confirm the accuracy their claim and advised

21 me to just be inconvienced even more and wait

22 for the result of a reactivation request. Claimed

23 I worked only 9 hours in a two month period

24    with over 100 hours or more worked.

25

26

27

28

**DEMAND FOR RELIEF**

*[State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

_____. I, Kevin Jerome Harris Jr. am pleading to the court to Hold this business accountable and award myself, the Plaintiff two hundred and eighty thousand for losses and damages that resulted in Loss of Home, two vehicles valued at over ten thousand, mental damages, psychological abuse, emotional distress, post traumatic stress, The cost of missing a loved ones funeral. Denial of right to fair labor, Denied rights to fair practice.

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☑ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: __12/06/2021__

Sign Name: _____

Print Name: _Kevin Jerome Harris Jr._

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*