UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN JEROME HARRIS,

        Plaintiff,

    v.

DOOR DASH, INC.,

        Defendant.

Case No.  21-cv-09445-JSC

**ORDER OF DISMISSAL**

Re: Dkt. No. 30

In light of the Update re: Status of Arbitration submitted by Defendant Door Dash, Inc., this action is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 15, 2023

JACQUELINE SCOTT CORLEY
United States District Judge